# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

_____

In re:    Chantal Cesaire                                         Case No.   10-12121-FJB

       Debtor(s)                                                         Chapter   13

_____

**DEBTOR'S NOTICE TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7**

Now comes the Debtor, Chantal Cesaire, pursuant to 11 U.S.C. § 1307(a), and hereby elects to convert the above-captioned chapter 13 case to a case under chapter 7 of the Bankruptcy Code. The Debtor is entitled to convert her case because:

1. This case was filed on 3/1/10 and is a case under chapter 13 of the Bankruptcy Code.

2. The Debtor is eligible to be a debtor under chapter 7 of the Bankruptcy Code.

WHEREFORE, Debtor prays for relief under chapter 7 of the bankruptcy code.

Respectfully submitted,

Chantal Cesaire,

By her attorney,

/s/ Steven R. Striffler  
Steven R. Striffler  
BBO No. 664224  
Law Office of Steven R. Striffler  
21 McGrath Highway, Suite 301  
Quincy, MA 02169  
(617) 290-1573

Date:   March 15, 2011.

## CERTIFICATE OF SERVICE

    I, Steven Striffler, hereby certify that on 03/15/11, the following interested parties were served a copy of the foregoing document via first class mail or electronically through the courts CM/ECF System at:

Carolyn A. Bankowski, Chapter 13 Trustee
13 trustee@ch13boston.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Jeana Kim Reinbold on behalf of Creditor The Bank of New York Mellon
f/k/a The Bank of New York, as Trustee
jreinbold@acdlaw.com, mrogers@acdlaw.com; iveloz@acdlaw.com;
kholmes@acdlaw.com

Thomas C. Tretter on behalf of Creditor The Bank of New York Mellon
f/k/a The Bank of New York, as Trustee
ttretter@acdlaw.com, jreinbold@acdlaw.com; iveloz@acdlaw.com;
mrogers@acdlaw.com; kholmes@acdlaw.com

                                            /s/ Steven R. Striffler
                                            Steven R. Striffler
                                            BBO No. 664224
                                            Law Office of Steven R. Striffler
                                            21 McGrath Highway, Suite 301
                                            Quincy, MA 02169
                                            (617) 290-1573